INDEPENDENT WAREHOUSES, INC., A CORPORATION OF THE STATE OF NEW YORK, PROSECUTOR, v. TOWNSHIP OF SADDLE RIVER, A MUNICIPAL CORPORATION, AND JOSEPH M. TAGGART, COLLECTOR OF TAXES, DEFENDANTS.

Submitted May 5, 1942—Decided September 20, 1942.

Before Justices CASE, DONGES and COLIE.

For the prosecutor, *Collins & Corbin* (*Robert J. Bain,* of counsel).

For the defendants, *Chandless, Weller & Kramer* (*Ralph W. Chandless,* of counsel).

PER CURIAM.

For the reasons stated in the case of *Schwartz* v. *Essex County Board of Tax Appeals,* 129 *N. J. L.* 129, and in the case of *Pattison and Bowns, Inc.,* v. *Township of Saddle River,* 129 *N. J. L.* 135, both decided this day, the distress and notice of sale under review are set aside, with costs to the prosecutor.